THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James
 Honeycutt, Appellant.
 
 
 

Appeal From Horry County
 Benjamin H. Culbertson, Circuit Court
 Judge
Unpublished Opinion No. 2010-UP-492
Submitted November 1,2010  Filed November
 8, 2010
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM:  James Honeycutt appeals his second-degree criminal
 sexual conduct with a minor conviction and corresponding sentence, arguing the
 trial court erred in denying his motion for a directed verdict.  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL DISMISSED.
HUFF, KONDUROS, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.